IN THE MATTER OF THE APPLICATION OF STATE
OF HAWAII TO REGISTER TITLE TO REAL
PROPERTY SITUATE AT MOILIILI, WAIKIKI-
WAENA, CITY AND COUNTY OF HONOLULU,
STATE OF HAWAII.

No. 4414.

FEBRUARY 23, 1967.

RICHARDSON, C.J., CASSIDY AND WIRTZ, JJ., AND
CIRCUIT JUDGE OKINO IN PLACE OF LEWIS, J.,
DISQUALIFIED, AND CIRCUIT JUDGE MONDEN
IN PLACE OF MIZUHA, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing presents no
new matter which merits further consideration of the case.
It is merely a reargument, albeit with elaboration, of
matters considered and disposed of by our opinion. The
petition is denied without argument.

Richardson, C.J., and Okino, Circuit Judge, having
dissented from the majority in the original opinion do
not concur.

*Bert T. Kobayashi,* Attorney General and *Andrew S.
O. Lee,* Deputy Attorney General, for the petition.